FILED

03/11/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0578

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0578

_____

HENRY PAUMIE LUSSY,

      Plaintiff and Appellee,

  v.                                    O R D E R

RICHARD C. LUSSY,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to Richard C. Lussy, to all counsel of record, and to the Honorable Kurt Krueger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 11 2020